**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 127 EAL 2022

              Respondent         :

                              :  Petition for Allowance of Appeal
                              :  from the Order of the Superior Court

              v.              :

                              :

LAMAR GURDINE,               :

                              :

              Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 18th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.